enth Circuit denied. *Messrs. Ford W. Thompson* and *Henry Davis* for petitioners. *Solicitor General Biddle* for the United States.

No. 519. BUREAU OF UNEMPLOYMENT COMPENSATION *v.* INDEPENDENT GASOLINE CO., INC. November 25, 1940. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Messrs. Ellis Arnall* and *Clifford Walker* for petitioner.

No. 520. LAUGHLIN, ADMINISTRATOR, *v.* PINK, SUPERINTENDENT. November 25, 1940. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Oscar R. Houston* and *Francis X. Nestor* for petitioner. *Mr. Alfred C. Bennett* for respondent. By leave of Court, *Messrs. Wendell P. Barker.* and *Morris Amchan* filed a brief on behalf of the Department of Banking, of Nebraska, as *amicus curiae,* in support of petitioner.

No. 524. DEN NORSKE AMERIKALINJE, A/S *v.* BLUMENTHAL IMPORT CORPORATION. November 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John W. Griffin* and *Wharton Poor* for petitioner. *Mr. Martin. Detels* for respondent.

No. 525. READING COMPANY *v.* LARKIN. November 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Jno.*